```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 11307
    PATRICIA ANN BUCKNER LEWIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-0570


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/28/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

     The case was dismissed after confirmation 09/27/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG         .00              .00            .00
DAIMLER CHRYSLER FINANCI  SECURED          12616.05          1225.79       12034.39
DAIMLER CHRYSLER FINANCI  UNSECURED        NOT FILED            .00            .00
DAIMLER CHRYSLER FINANCI  NOTICE ONLY      NOT FILED            .00            .00
CHRYSLER FINANCIAL        NOTICE ONLY      NOT FILED            .00            .00
OCWEN LOAN SERVICING LLC  CURRENT MORTG         .00              .00            .00
ECAST SETTLEMENT CORP     UNSECURED         3458.50             .00            .00
CHASE MANHATTAN BANK CAR  NOTICE ONLY      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          556.76             .00            .00
FLEET REAL ESTATE FUNDIN  UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          410.87             .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1152.84             .00            .00
NEXTCARD                  UNSECURED         4613.50             .00            .00
US DEPT OF EDUCATION      UNSECURED        NOT FILED            .00            .00
US DEPT OF EDUCATION      NOTICE ONLY      NOT FILED            .00            .00
DAIMLER CHRYSLER FINANCI  SECURED               .00              .00            .00
AMERICAN GENERAL FINANCE  UNSECURED         2289.41             .00            .00
LEDFORD & WU              DEBTOR ATTY      2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                            789.82
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             16,250.00

PRIORITY                                       .00
SECURED                                  12,034.39
    INTEREST                              1,225.79
UNSECURED                                      .00
ADMINISTRATIVE                            2,200.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 11307 PATRICIA ANN BUCKNER LEWIS
```

```
TRUSTEE COMPENSATION                                              789.82
DEBTOR REFUND                                                        .00
                                        ----------------    ----------------
TOTALS                                        16,250.00           16,250.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE












                            PAGE   2
        CASE NO. 05 B 11307 PATRICIA ANN BUCKNER LEWIS